# District of Columbia
# Court of Appeals

No. 14-AA-0002

MESKEREM GETACHEW,

                                    Petitioner,

    v.                                    **DOES-2068-13**

OMNI SHOREHAM,

                                    Respondent.

**BEFORE:**    **Fisher and Blackburne-Rigsby, Associate Judges; and Ferren, Senior Judge.**

## O R D E R

On consideration of the motion filed by the District of Columbia Office of Administrative Hearings requesting that this court publish its December 15, 2014, memorandum opinion and judgment, no opposition having been filed, and it further appearing that the mandate issued on January 8, 2015, it is

ORDERED *sua sponte* that the Clerk shall recall the mandate issued on January 8, 2015.  It is

FURTHER ORDERED that the motion to publish the memorandum opinion and judgment is granted, and the Clerk issue the attached opinion forthwith.

PER CURIAM

Copies to:

Meskerem Getachew
8794 Walutes Circle
Alexandria, VA 22309

Rachel Lukens, Esq.
Supervisory Attorney-Advisor
Office of Administrative Hearings

Jamarle Thomas
Paralegal Specialist
Office of Administrative Hearings

Omni Shoreham
$^c/_o$ Equifax Workforce Solutions
P.O. Box 283
Saint Louis, MO 63166